**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12592
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JOSEPH AMBROSE WILBURN, JR.,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:24-cr-00125-TFM-B-2
_____

Before WILLIAM PRYOR, Chief Judge, and ABUDU and ANDERSON,
Circuit Judges.

PER CURIAM:

Domingo Soto, appointed counsel for Joseph Wilburn, Jr.,
in this direct criminal appeal, has moved to withdraw from further

2                        Opinion of the Court                    25-12592

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1976). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilburn's conviction and sentence are **AFFIRMED**.